# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 136 EM 2019
:
Respondent :
:
:
:
v. :
:
:
:
JEROME J. HERNANDEZ, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the "Petition to Allow *Nunc Pro Tunc* Filing of a Petition for Allowance of Appeal" is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.